CROKE FAIRCHILD DUARTE & BERES

CROKE FAIRCHILD DUARTE & BERES
270 7TH AVENUE
NEW YORK, NY 10001
(212) 416-4684

KARI PARKS
KPARKS@CROKEFAIRCHILD.COM

July 16, 2026

**VIA ECF**
The Honorable Paul E. Engelmayer
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse, Courtroom 1305
40 Foley Square
New York, New York 10007

Re: Kolbrak v. Kelly et al., No. 1:26-cv-03681-PAE

Dear Judge Englemayer:

I represent Defendant Amethyst Amelia Kelly in the above-captioned action to respectfully request that the Court extend Ms. Kelly's time to answer Plaintiff Kenneth Kolbrak's Complaint from July 29, 2026 to August 28, 2026. This is Ms. Kelly's first request to extend her time to answer and this requested extension does not affect any other scheduled dates. Mr. Kolbrak does not object to this request, so long as Ms. Kelly agrees to not raise Rule 12(b)(4) or 12(b)(5) objections to service.

Respectfully submitted,

/s/ Kari Parks
Kari Parks

cc: All counsel of record (via ECF)